# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ANNE EASLEY                              **CHAPTER 13**
         A/K/A ANNE D. EASLEY
         Debtor                                   BK. NO. 05-33553 ELF

**ORDER**

AND NOW, this            day of                      2006, it is hereby

**ORDERED** that the foregoing Stipulation is hereby approved, shall be, and is hereby made an Order

of this Court.

8/25/06

ERIC L. FRANK, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)       ANNE EASLEY
111 SOUTH INDEPENDENCE MALL, SUITE 583     A/K/A ANNE D. EASLEY
PHILADELPHIA, PA 19106                     114 WEST WASHINGTON LANE
                                           PHILADELPHIA, PA 19144

ERIK B. JENSEN, ESQUIRE
1528 WALNUT STREET, SUITE 1401
PHILADELPHIA, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ANNE EASLEY                                    CHAPTER 13
A/K/A ANNE D. EASLEY
Debtor                                          BK. NO. 05-33553 ELF

STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF
FROM THE AUTOMATIC STAY

It is hereby stipulated by and between Phelan Hallinan & Schmieg, LLP, counsel for the Movant, , and ERIK B. JENSEN, ESQUIRE, counsel for the Debtor, as follows:

1.    The Automatic Stay as provided by Section 362 of the Bankruptcy Code shall remain in full force and effect conditioned upon the terms and conditions set forth herein.

2.    The parties agree that the total post-petition arrearage consists of seven (7) monthly payments for the months of February 2006 through August 2006 at $1,211.29 each; seven (7) late charges for the months of February 2006 through August 2006 at $41.28 each; attorney fees and costs in the amount of $500.00; less Debtor's suspense in the amount of $161.69; resulting in the total post-petition arrearage amount of $9,104.30.

3.    Movant acknowledges receipt of payment in the amount of $1,912.18, reducing the post-petition arrearage amount to $7,192.12.

4.    Beginning September 1, 2006, Debtor shall commence payment of the regular monthly mortgage payment in the amount of $1,211.29, plus the additional payment in the amount of $1,198.69, for a total monthly payment amount of $2,409.98. The Debtor will continue to pay this amount each month from September 1, 2006 through and including February 1, 2007 to cure the aforementioned post-petition arrearage. All subsequent monthly payments and late charges shall be due in accordance with the terms of the Mortgage. All payments made pursuant to this Stipulation shall be by certified check or money order payable to NEW CENTURY MORTGAGE CORPORATION, 1610 EAST ST ANDREWS ST, SANTA ANA, CA, 92705.

5.    If Debtor provides sufficient proof (front and back copies of checks or money orders) of payments made, but not already credited, the account will be adjusted accordingly.

6.    Should the Debtor fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than fifteen (15) days late, Movant shall send Debtor and counsel a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days of the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay.

7.    In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears with ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, Movant shall send Debtor and counsel a written Notice of Default of this Stipulation. If the default is not cured within ten (10) days from the date of the Notice, counsel shall file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay.

8.    Debtor's tendering of a check to NEW CENTURY MORTGAGE CORPORATION, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          :  Chapter No.  13
ANNE EASLEY       :
A/K/A ANNE D. EASLEY    :  Bk. No.  05-33553 ELF
      Debtor    :

### CERTIFICATION OF DEFAULT

    **PHELAN HALLINAN & SCHMIEG, LLP**, attorneys for Movant, hereby certifies that

the above-captioned Debtor has failed to comply with the terms of the Order of the U.S. Bankruptcy Court

entered by Judge ERIC L. FRANK August 25, 2006.

    In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay

is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.

Movant further certifies that the required Notice of Default was sent to Debtors and Debtors' attorney and

Debtors have failed to cure the default.

Dated: April 10, 2007

        /s/ ANDREW L. SPIVACK, ESQUIRE
        PHELAN HALLINAN & SCHMIEG, LLP
        One Penn Center at Suburban Station
        1617 John F. Kennedy Boulevard, Suite 1400
        Philadelphia, PA 19103-1814

### PHELAN HALLINAN & SCHMIEG, LLP
One Penn Center at Suburban Station
1617 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA 19103-1814
(215) 563-7000
Bankruptcy Fax # (215) 568-7616

ANDREW L. SPIVACK, ESQUIRE
BANKRUPTCY ATTORNEY

REPRESENTING LENDERS IN
PENNSYLVANIA AND NEW JERSEY

March 27, 2007

ERIK B. JENSEN, ESQUIRE
1528 WALNUT STREET, SUITE 1401
PHILADELPHIA, PA 19102

**SENT VIA REGULAR MAIL AND FAX TO (215) 546-7440**

Re:             **ANNE EASLEY A/K/A ANNE D. EASLEY**

        **Bankruptcy No.:  05-33553 ELF**

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on August 25, 2006.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of February 2007 through March 2007 in the amount of $1,319.75, with an additional Stipulation payment in the amount of $1,198.69 for the month of February 2007. A fee in the amount of $50.00 has been incurred for the review of the account and the preparation of this Notice of Default. In order to cure this default, it will be necessary for your client to remit $3,888.19, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

**Your clients' payment to cure this default should be remitted to:  Phelan, Hallinan & Schmieg, LLP, Suite 1400, One Penn Center, 1617 John F. Kennedy Boulevard, Philadelphia, PA 19103-1814, ATTN: DAMIAN PANTO and made payable to NEW CENTURY MORTGAGE CORPORATION (SANTA ANA, CA).**

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay. In the event that a Certification of Default is filed, there will be an additional fee in the amount of $150.00.

Very truly yours,

DAMIAN PANTO, Legal Assistant
PHELAN HALLINAN & SCHMIEG, LLP

cc:      ANNE EASLEY
A/K/A ANNE D. EASLEY
WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
UNITED STATES TRUSTEE
NEW CENTURY MORTGAGE CORPORATION (SANTA ANA, CA)
ATTENTION: BANKRUPTCY DEPARTMENT
ACCOUNT NO.: 1780445

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter No. 13
**ANNE EASLEY**                           :
**A/K/A ANNE D. EASLEY**                  :        Bk. No. 05-33553 ELF
                                          :
          Debtor        :

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      **AND NOW**, this    day of                    , 2007, upon Motion of NEW CENTURY MORTGAGE CORPORATION AS SERVICER FOR THE MORTGAGEE OF RECORD (Movant), and after Notice of Default and the filing of a Certification of Default, it is

      **ORDERED AND DECREED THAT:** The Automatic stay of all proceedings, as provided by 11 U.S.C. 362 is modified with respect to premises, **114 WEST WASHINGTON LANE, PHILADELPHIA, PA 19144,** as more fully set forth in the legal description attached to said mortgage, as to allow the Movant to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further

      **ORDERED AND DECREED THAT:** Rule 4001(a)(3) is not applicable and  may immediately enforce and implement this Order granting Relief from the Automatic Stay.
        By the Court:


           _____
           ERIC L. FRANK, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)        ANNE EASLEY A/K/A ANNE D. EASLEY
111 SOUTH INDEPENDENCE MALL, SUITE 583      114 WEST WASHINGTON LANE
PHILADELPHIA, PA 19106                      PHILADELPHIA, PA 19144

ERIK B. JENSEN, ESQUIRE                     UNITED STATES TRUSTEE
1528 WALNUT STREET, SUITE 1401              833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19102                      PHILADELPHIA, PA 19107

# EXHIBIT C

**CONVERTED, DISCHARGED, CLOSE_ORDER, CASE_CLOSED**

## U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 05-33553-elf

*Assigned to:* Judge Eric L. Frank
Chapter 7
Previous chapter 13
Voluntary
No asset

*Date Filed:* 09/29/2005
*Date Converted:* 05/05/2008
*Date Terminated:* 09/02/2008
*Date Discharged:* 08/28/2008

**Debtor**
**Anne Easley**
243 W. Tuplehocken
Apartment B-305
Philadelphia, PA 19144
SSN / ITIN: xxx-xx-9872

represented by **ERIK B. JENSEN**
Erik B. Jensen, Esquire
1528 Walnut Street
Suite 1401
Philadelphia, PA 19102
215-546-4700
Email:
ray@erikjensenlaw.com

**RAYMOND M.**
**KEMPINSKI**
HalprinLaw
1806 S. Broad Street
Philadelphia, PA 19145
215-389-6913
Fax : 215-389-3373
Email:
rkempinski@halprinlaw.com
*TERMINATED: 07/23/2008*

**Trustee**
**WILLIAM C. MILLER**
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106
215 627-1377
*TERMINATED: 05/05/2008*

**Trustee**
**MARVIN KRASNY**
1650 Arch Street
22nd Floor
Philadelphia, PA 19103

(215) 977-2096

***U.S. Trustee***
**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 09/29/2005 | 1 | Chapter 13 Voluntary Petition. Fee Amount $194 Filed by Anne Easley. Schedules A-J due 10/17/2005. Summary of Schedules due 10/17/2005. Statement of Financial Affairs due 10/17/2005. Chapter 13 Plan due 10/17/2005. Matrix due 10/17/2005. Attorney Disclosure Statement due 10/17/2005. Incomplete Filings due 10/17/2005. Government Proof of Claim Deadline: 3/28/2006. (JENSEN, ERIK)***See Corrective Entry dated 10/4/2005*** Modified on 10/4/2005 (G., Jennifer). (Entered: 09/29/2005) |
| 10/03/2005 | 2 | Order Entered that unless the missing documents: All Schedules, Summary of Schedules, Statement of Financial Affairs, Chapter 13 Plan, Matrix and Atty. Disclosure Statement due 10/17/05 are filed within 15 days of the date of the petition, or unless a timely request for an extension time is submitted, this case may be dismissed. (R., Yvette) (Entered: 10/03/2005) |
| 10/04/2005 |  | Receipt of Voluntary Petition (Chapter 13)(05-33553) [misc,volp13a] ( 194.00) Filing Fee. Receipt number 3860242. Fee amount 194.00. (U.S. Treasury) (Entered: 10/04/2005) |
| 10/04/2005 |  | Corrective Entry re: Set deadlines and added to first entry (related document(s) 1 ). (G., Jennifer) (Entered: 10/04/2005) |
| 10/05/2005 | 3 | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 2 )). No. of Notices: 3. Service Date 10/05/2005. (Admin.) (Entered: 10/06/2005) |
| 10/19/2005 | 4 | Disclosure of Compensation of Attorney for Debtor in the amount of 2000.00 plus filing fee Debtor Anne Easley, Schedules A-J, Statement of Financial Affairs, Statement of Intent., Summary of Schedules Filed by ERIK B. JENSEN on behalf of Anne Easley. (JENSEN, ERIK) (Entered: 10/19/2005) |
|  |  | Statement of Social Security Number Received. Filed by ERIK B. |

| | | |
|---|---|---|
| 10/19/2005 | 5 | JENSEN on behalf of Anne Easley. (JENSEN, ERIK) (Entered: 10/19/2005) |
| 10/19/2005 | 6 | Matrix Filed. Number of pages filed: 2, Filed by ERIK B. JENSEN on behalf of Anne Easley. (JENSEN, ERIK) (Entered: 10/19/2005) |
| 10/19/2005 | 7 | Chapter 13 Plan Filed by Anne Easley. (JENSEN, ERIK) (Entered: 10/19/2005) |
| 11/02/2005 | 8 | Meeting of Creditors. 341(a) meeting to be held on 12/5/2005 at 11:30 PM at b104 - Bourse Bldg #B104 Lower Level. Proofs of Claims due by 3/5/2006. Confirmation Hearing to be held on 3/14/2006 at 10:00 AM at nix1 - Courtroom 1. (MILLER2, WILLIAM) (Entered: 11/02/2005) |
| 11/02/2005 | 9 | Certification of Service of Creditors Meeting Notice for Chapter 13. (MILLER2, WILLIAM) (Entered: 11/02/2005) |
| 11/02/2005 | 10 | Certification of Service of Creditors Meeting Notice for Chapter 13. (MILLER2, WILLIAM) (Entered: 11/02/2005) |
| 11/28/2005 | 11 | Objection to Confirmation of Plan *to Debtor's Chapter 13* Filed by New Century Mortgage Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order)(SCHALK, JOSEPH) (Entered: 11/28/2005) |
| 11/28/2005 | 12 | Certificate of Service *for the Objection to Confirmation of the Debtor's Chapter 13 Plan* Filed by JOSEPH PATRICK SCHALK on behalf of New Century Mortgage Corporation (related document(s) 11 ). (SCHALK, JOSEPH) (Entered: 11/28/2005) |
| 12/03/2005 | 13 | First Amended Chapter 13 Plan Filed by Anne Easley. (JENSEN, ERIK) (Entered: 12/03/2005) |
| 12/06/2005 | 14 | First Meeting of Creditors Held *and concluded on 12/5/2005*. (MILLER, WILLIAM) (Entered: 12/06/2005) |
| 03/14/2006 | 15 | Hearing Continued on 8 Confirmation Hearing to be held on 4/11/2006 at 10:00 AM at nix6 - Courtroom #6. (D., Gerard) (Entered: 03/15/2006) |
| 03/17/2006 | 16 | Motion to Dismiss Case Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER2 (Counsel). (Attachments: # 1 Proposed Order) (MILLER2, WILLIAM) (Entered: 03/17/2006) |

| | | |
|---|---|---|
| 03/17/2006 | 17 | Notice of (related document(s): 16 Motion to Dismiss Case) Filed by WILLIAM C. MILLER. Hearing scheduled for 4/11/2006 at 10:00 AM at nix6 - Courtroom #6. (MILLER2, WILLIAM) (Entered: 03/17/2006) |
| 03/17/2006 | 18 | Certificate of Service Filed by WILLIAM C. MILLER2 on behalf of WILLIAM C. MILLER (related document(s) 16 , 17 ). (MILLER2, WILLIAM) (Entered: 03/17/2006) |
| 04/10/2006 | 19 | ** INCORRECT DOCKET ENTRY** Amended Document *statement of financial affairs*, Amended Schedules. *B,C,F,I,J*, Amended Schedules. Fee Amount $26 Filed by ERIK B. JENSEN on behalf of Anne Easley (related document(s) 4 ). (JENSEN, ERIK) Modified on 4/12/2006 SEE CORRECTIVE ENTRIES NO'S 25,26 and 27(D., Gerard). (Entered: 04/10/2006) |
| 04/10/2006 | | Receipt of Amended Schedules D,E,F (Fee)(05-33553-elf) [misc,amdschb] ( 26.00) Filing Fee. Receipt number 4547459. Fee amount 26.00. (U.S. Treasury) (Entered: 04/10/2006) |
| 04/10/2006 | 20 | Declaration re: *amended schedules* Filed by ERIK B. JENSEN on behalf of Anne Easley (related document(s) 19 ). (Attachments: # 1 certificate of service) (JENSEN, ERIK) (Entered: 04/10/2006) |
| 04/10/2006 | | Corrective Entry re:The is a docket entry code for statement of financial affairs and schedules a-j.There is a docket entry code for amended schedules d,e,f and there is a $26.00 fee see corrective entries no.'s 25 and 26, 27. (related document(s) 19 ). (D., Gerard) Modified on 4/12/2006 (D., Gerard). (Entered: 04/12/2006) |
| 04/10/2006 | 25 | Statement of Financial Affairs Filed by ERIK B. JENSEN on behalf of Anne Easley . (D., Gerard) (Entered: 04/12/2006) |
| 04/10/2006 | 26 | Amended Schedules b,c,i,j. Filed by ERIK B. JENSEN on behalf of Anne Easley . (D., Gerard) Additional attachment(s) added on 4/12/2006 (D., Gerard). (Entered: 04/12/2006) |
| 04/10/2006 | 27 | Amended Schedule F Receipt Number 0.00, Fee Amount $26 Filed by ERIK B. JENSEN on behalf of Anne Easley . (D., Gerard) (Entered: 04/12/2006) |
| 04/11/2006 | 22 | Hearing Held on Confirmation of plan (related document(s), 15 ). (D., Gerard) (Entered: 04/12/2006) |
| 04/11/2006 | 23 | Order Confirming Chapter 13 Plan. (D., Gerard) (Entered: 04/12/2006) |
| | | |

| | | |
|---|---|---|
| 04/11/2006 | 24 | Hearing Held on 16 Motion to Dismiss Case Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER2 (Counsel).Withdrawn (D., Gerard) (Entered: 04/12/2006) |
| 04/12/2006 | 21 | Trustee was duly appointed to serve as the Standing Trustee pursuant to Section 1302 of Title 11 U.S.C. A meeting of creditors has been held in this case pursuant to Section 341 of Title 11 U.S.C. and the meeting was concluded.The debtor(s) was/were examined by the Trustee and was/were available for examination by any creditor or party in interest. The Trustee examined the debtor(s) as to current income, monthly budget, real and personalexemptions claimed pursuant to Section 522 of Title 11 U.S.C. The Trustee is of the opinion that the latest Plan meets the requirements of Sections 1322 and 1325 of Title 11 U.S.C. and should be confirmed *on 04/11/2006*. (ETHERIDGE, LEROY) (Entered: 04/12/2006) |
| 04/14/2006 | 28 | BNC Certificate of Mailing - Order ConfirmingChapter 13 Plan. Number of Notices Mailed: (related document(s) (Related Doc # 23 )). No. of Notices: 3. Service Date 04/14/2006. (Admin.) (Entered: 04/15/2006) |
| 04/24/2006 | 29 | Motion to Dismiss Case Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER2 (Counsel). (Attachments: # 1 Proposed Order) (MILLER2, WILLIAM) (Entered: 04/24/2006) |
| 04/24/2006 | 30 | Notice of (related document(s): 29 Motion to Dismiss Case) Filed by WILLIAM C. MILLER. Hearing scheduled for 5/9/2006 at 10:00 AM at nix6 - Courtroom #6. (MILLER2, WILLIAM) (Entered: 04/24/2006) |
| 04/24/2006 | 31 | Certificate of Service Filed by WILLIAM C. MILLER2 on behalf of WILLIAM C. MILLER (related document(s) 29 , 30 ). (MILLER2, WILLIAM) (Entered: 04/24/2006) |
| 05/09/2006 | 32 | Hearing Held on 29 Motion to Dismiss Case Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER2 (Counsel).withdrawn (D., Gerard) (Entered: 05/10/2006) |
| 06/07/2006 | 33 | Motion for Relief from Stay . Fee Amount $150.00, Filed by New Century Mortgage Corporation Represented by ANDREW SPIVACK (Counsel). Objections due by 6/26/2006. (Attachments: # 1, Certificate of Service# 2 Proposed Order) (SPIVACK, ANDREW) (Entered: 06/07/2006) |
| | | Notice of (related document(s): 33 Motion for Relief from Stay . Fee Amount $150.00,) *with Response Deadline and Hearing* |

| 06/07/2006 | 34 | *Date* Filed by New Century Mortgage Corporation. Hearing scheduled for 7/6/2006 at 10:00 AM at nix6 - Courtroom #6. (SPIVACK, ANDREW) (Entered: 06/07/2006) |
| --- | --- | --- |
| 06/08/2006 | | Receipt of Motion for Relief From Stay(05-33553-elf) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 4702725. Fee Amount $ 150.00. (U.S. Treasury) (Entered: 06/08/2006) |
| 07/06/2006 | 35 | Hearing Continued on 33 Motion for Relief from Stay filed by Creditor New Century Mortgage Corporation. Hearing scheduled for 7/27/2006 at 10:00 AM at nix1 - Courtroom #1. (T., Michelle) Modified on 7/7/2006 (T., Michelle). (Entered: 07/07/2006) |
| 07/27/2006 | 36 | Hearing Continued on 33 Motion for Relief from Stay Filed by New Century Mortgage Corporation Represented by ANDREW SPIVACK (Counsel)scheduled for 8/17/2006 at 10:00 AM at nix1 - courtroom #1. (D., Gerard) (Entered: 07/28/2006) |
| 08/17/2006 | 38 | Hearing Held on 33 Motion for Relief from Stay Filed by New Century Mortgage Corporation Represented by ANDREW SPIVACK (Counsel).Motion settled/stipulation to be filed (Entered: 08/18/2006) |
| 08/18/2006 | 37 | Stipulation of Settlement By New Century Mortgage Corporation and Between Ann Easley & Erik B Jensen, Esquire Filed by ANDREW SPIVACK on behalf of New Century Mortgage Corporation (related document(s) 33 ). (Attachments: # 1 Proposed Order) (SPIVACK, ANDREW) (Entered: 08/18/2006) |
| 08/25/2006 | 39 | Order Granting Stipulation of Settlement, filed by Creditor New Century Mortgage Corporation (related document(s) 37 ). (D., Gerard) (Entered: 08/29/2006) |
| 08/31/2006 | 40 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 39 )). No. of Notices: 5. Service Date 08/31/2006. (Admin.) (Entered: 09/01/2006) |
| 09/07/2006 | 41 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 39 )). No. of Notices: 1. Service Date 09/07/2006. (Admin.) (Entered: 09/08/2006) |
| 04/10/2007 | 42 | Certification of Default of *Stipulation in Settlement* Filed by ANDREW SPIVACK on behalf of New Century Mortgage Corporation (related document(s) 37 ). (Attachments: # 1 Default Letter# 2 Proposed Order # 3 Stipulation) (SPIVACK, ANDREW) (Entered: 04/10/2007) |

| | | |
|---|---|---|
| 04/10/2007 | 43 | Certificate of Service *for the Certification of Default* Filed by ANDREW SPIVACK on behalf of New Century Mortgage Corporation (related document(s) 42 ). (SPIVACK, ANDREW) (Entered: 04/10/2007) |
| 04/16/2007 | 44 | Notice of Appearance and Request for Notice by BRIAN E. CAINE Filed by BRIAN E. CAINE on behalf of Condor Capital Corporation. (Attachments: # 1 Certificate of Service) (CAINE, BRIAN) (Entered: 04/16/2007) |
| 04/16/2007 | 45 | Motion for Relief from Stay *regarding one (1) 2005 Nissan Altima*. Fee Amount $150.00, Filed by Condor Capital Corporation Represented by BRIAN E. CAINE (Counsel). Objections due by 5/3/2007. (Attachments: # 1 Exhibit A# 2 Volume(s)) (CAINE, BRIAN) (Entered: 04/16/2007) |
| 04/16/2007 | | Receipt of Motion for Relief From Stay(05-33553-elf) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 5529392. Fee Amount $ 150.00. (U.S. Treasury) (Entered: 04/16/2007) |
| 04/16/2007 | 46 | Notice of (related document(s): 45 Motion for Relief from Stay *regarding one (1) 2005 Nissan Altima*. Fee Amount $150.00,) Filed by Condor Capital Corporation. Hearing scheduled for 5/10/2007 at 10:00 AM at nix1 - courtroom #1. (Attachments: # 1 Certificate of Service) (CAINE, BRIAN) (Entered: 04/16/2007) |
| 04/20/2007 | 47 | Order Granting Motion For Relief From Stay Filed by New Century Mortgage Corporation Represented by ANDREW SPIVACK (Related Doc # 33 ). (Se., Joseph) (Entered: 04/24/2007) |
| 04/26/2007 | 48 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 47 )). No. of Notices: 5. Service Date 04/26/2007. (Admin.) (Entered: 04/27/2007) |
| 05/08/2007 | 49 | Certificate of No Response to *Motion for Relief from Automatic Stay* Filed by BRIAN E. CAINE on behalf of Condor Capital Corporation (related document(s) 45 ). (CAINE, BRIAN) (Entered: 05/08/2007) |
| 05/10/2007 | 50 | Hearing Held on 45 Motion for Relief from Stay *regarding one (1) 2005 Nissan Altima*. CNR FILED. ORDER ENTERED. (related document(s), 45 ). (J., Randi) (Entered: 05/11/2007) |
| 05/10/2007 | 51 | Order Granting Motion For Relief From Stay (Related Doc # 45 ) (J., Randi) (Entered: 05/11/2007) |
| | | |

| | | |
|---|---|---|
| 05/13/2007 | 52 | BNC Certificate of Mailing - PDF Document. (related document (s) (Related Doc # 51 )). No. of Notices: 5. Service Date 05/13/2007. (Admin.) (Entered: 05/14/2007) |
| 06/07/2007 | 53 | Certificate of Service *for Order Granting Relief from Automatic Stay* Filed by BRIAN E. CAINE on behalf of Condor Capital Corporation (related document(s) 51 ). (CAINE, BRIAN) (Entered: 06/07/2007) |
| 08/01/2007 | 54 | Notice of Appearance and Request for Notice Filed by Recovery Management Systems Corporation. (SINGH, RAMESH) (Entered: 08/01/2007) |
| 03/26/2008 | 55 | Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER2 (Counsel). (Attachments: # 1 Proposed Order) (MILLER2, WILLIAM) (Entered: 03/26/2008) |
| 03/26/2008 | 56 | Notice of (related document(s): 55 Motion to Dismiss Case for Failure to Make Plan Payments ) Filed by WILLIAM C. MILLER. Hearing scheduled for 4/22/2008 at 10:00 AM at nix1 - courtroom #1. (MILLER2, WILLIAM) (Entered: 03/26/2008) |
| 03/26/2008 | 57 | Certificate of Service Filed by WILLIAM C. MILLER2 on behalf of WILLIAM C. MILLER (related document(s) 56 , 55 ). (MILLER2, WILLIAM) (Entered: 03/26/2008) |
| 04/22/2008 | 58 | Hearing Held on 55 Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER Represented by WILLIAM C. MILLER2 (Counsel). withdrawn (D., Gerard) (Entered: 04/24/2008) |
| 05/05/2008 | 59 | Praecipe to Convert Case From Chapter 13 to Chapter 7 Fee Amount $25.00 Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (Attachments: # 1 Proposed Order # 2 Service List) (KEMPINSKI, RAYMOND) (Entered: 05/05/2008) |
| 05/05/2008 | | Receipt of Notice / Praecipe to Convert(05-33553-elf) [misc,prcnva] ( 25.00) Filing Fee. Receipt number 6555359. Fee Amount $ 25.00. (U.S. Treasury) (Entered: 05/05/2008) |
| 05/05/2008 | | Convert Case . (D., Gerard) (Entered: 05/06/2008) |
| 05/07/2008 | 60 | Notice of Appointment of Trustee . MARVIN KRASNY added to the case.. (ROSEBORO, DEBORAH) (Entered: 05/07/2008) |
| | | Praecipe to Amend *Address of Debtor* Filed by RAYMOND M. |

| | | |
|---|---|---|
| 05/13/2008 | 61 | KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/13/2008) |
| 05/15/2008 | 62 | Meeting of Creditors . 341(a) meeting to be held on 6/9/2008 at 11:00 AM at 833 - Chestnut Street, Suite 501, Philadelphia, PA. Last day to oppose discharge or dischargeability is 8/8/2008. (M., Eileen) (Entered: 05/15/2008) |
| 05/17/2008 | 63 | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 62 )). No. of Notices: 28. Service Date 05/17/2008. (Admin.) (Entered: 05/18/2008) |
| 05/21/2008 | 64 | Amended Schedule A Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/21/2008) |
| 05/21/2008 | 65 | Amended Schedule I Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/21/2008) |
| 05/21/2008 | 66 | Amended Schedule J Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/21/2008) |
| 05/21/2008 | 67 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation (Form 22A) . Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/21/2008) |
| 05/23/2008 | 68 | Statement of Intent. Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/23/2008) |
| 05/23/2008 | 69 | Amended Schedule G Filed by RAYMOND M. KEMPINSKI on behalf of Anne Easley. (KEMPINSKI, RAYMOND) (Entered: 05/23/2008) |
| 06/06/2008 | 70 | Meeting of Creditors Continued. Reason for continuance: Request of Counsel.. 341(a) meeting to be held on 7/7/2008 at 11:00 AM at 833 - Chestnut Street. (KRASNY, MARVIN) (Entered: 06/06/2008) |
| 06/18/2008 | 71 | Chapter 13 Trustee's Final Report and Account, Converted. Filed by WILLIAM C. MILLER. (MILLER2, WILLIAM) (Entered: 06/18/2008) |
| | | |

| | | |
|---|---|---|
| 07/14/2008 | | Meeting of Creditors Held and Concluded on: 7/7/2008. (KRASNY, MARVIN) (Entered: 07/14/2008) |
| 07/14/2008 | | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office... (KRASNY, MARVIN) (Entered: 07/14/2008) |
| 07/23/2008 | 72 | Withdrawal of Appearance Involvement of RAYMOND M. KEMPINSKI Terminated and entry of appearance Filed by ERIK B. JENSEN on behalf of Anne Easley. (JENSEN, ERIK) (Entered: 07/23/2008) |
| 08/28/2008 | 73 | Order Discharging Debtor. (D., Gerard) (Entered: 08/28/2008) |
| 08/28/2008 | 74 | Order approving Trustee's Report, discharging trustee and closing case . (D., Gerard) (Entered: 08/28/2008) |
| 08/30/2008 | 75 | BNC Certificate of Mailing - Order of Discharge. Number of Notices Mailed: (related document(s) (Related Doc # 73 )). No. of Notices: 18. Service Date 08/30/2008. (Admin.) (Entered: 08/31/2008) |
| 08/30/2008 | 76 | BNC Certificate of Mailing -Order to Close Case. Number of Notices Mailed: (related document(s) (Related Doc # 74 )). No. of Notices: 1. Service Date 08/30/2008. (Admin.) (Entered: 08/31/2008) |
| 09/02/2008 | | Bankruptcy Case Closed. (D., Gerard) (Entered: 09/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/29/2008 09:17:21 | | | |
| PACER Login: | ks0120 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 05-33553-elf Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |

| Billable Pages: | 5 | Cost: | 0.40 |
|---|---|---|---|

# EXHIBIT D

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :       **Chapter No. 13**
**ANNE EASLEY**                           :
**A/K/A ANNE D. EASLEY**                  :       **Bk. No. 05-33553 ELF**
                                          :
                    **Debtor**            :

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this   day of                , 2007, upon Motion of NEW CENTURY
MORTGAGE CORPORATION AS SERVICER FOR THE MORTGAGEE OF RECORD (Movant), and
after Notice of Default and the filing of a Certification of Default, it is

**ORDERED AND DECREED THAT:** The Automatic stay of all proceedings, as provided
by 11 U.S.C. 362 is modified with respect to premises, **114 WEST WASHINGTON LANE,
PHILADELPHIA, PA 19144,** as more fully set forth in the legal description attached to said mortgage, as to
allow the Movant to foreclose on its mortgage and allow the purchaser of said premises at Sheriff's Sale (or
purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or
title to, said premises; and it is further

**ORDERED AND DECREED THAT:** Rule 4001(a)(3) is not applicable and may
immediately enforce and implement this Order granting Relief from the Automatic Stay;

By the Court:

4/20/07

ERIC L. FRANK, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)        ANNE EASLEY A/K/A ANNE D. EASLEY
111 SOUTH INDEPENDENCE MALL, SUITE 583      114 WEST WASHINGTON LANE
PHILADELPHIA, PA 19106                       PHILADELPHIA, PA 19144

ERIK B. JENSEN, ESQUIRE                      UNITED STATES TRUSTEE
1528 WALNUT STREET, SUITE 1401               833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19102                       PHILADELPHIA, PA 19107

# EXHIBIT E

# Civil Docket Report

## Case Description

| | |
|---|---|
| **Case ID:** | 070802360 |
| **Case Caption:** | DEUTSCHE BANK NATIONAL TRUST CO VS EASLEY |
| **Filing Date:** | Tuesday , August 21st, 2007 |
| **Court:** | MR - MORTGAGE FORECLOSURE |
| **Location:** | CH - City Hall |
| **Jury:** | N - NON JURY |
| **Case Type:** | 3F - FORECLOSURE |
| **Status:** | JDDFF - JUDGMENT BY DEFAULT/FINAL DISP |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | A16132 | GOLDBECK JR, JOSEPH A |
| **Address:** 701 MARKET STREET<br><br>MELLON INDEPENDENCE CENTER SUITE 5000 PHILADELPHIA PA 19106 (215)627-1322 | | | **Aliases:** | *none* | |
| | | | | | |
| 2 | 1 | | PLAINTIFF | @5853620 | DEUTSCHE BANK NATIONAL TRUST CO |
| **Address:** 1610 E ST ANDREWS ST SANTA ANA CA 92705 | | | **Aliases:** | *none* | |

| 3 | | | DEFENDANT | @5853622 | EASLEY, ANNE D |
|---|---|---|---|---|---|
| **Address:** | 114 W WASHINGTON LN PHILADELPHIA PA 19144 | | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 21-AUG-2007 03:19 PM | ACTIV - ACTIVE CASE | | | 22-AUG-2007 10:42 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 21-AUG-2007 03:20 PM | CIVIL - COMMENCEMENT OF CIVIL ACTION | GOLDBECK JR, JOSEPH A | | 27-AUG-2007 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 21-AUG-2007 03:20 PM | CMPLT - COMPLAINT FILED NOTICE GIVEN | GOLDBECK JR, JOSEPH A | $118,207.71 | 27-AUG-2007 12:00 AM |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. DISCOVERY DEADLINE 05/05/2008 | | | |
| | | | | |
| 21-AUG-2007 03:20 PM | SSCG1 - SHERIFF'S SURCHARGE 1 DEFT | GOLDBECK JR, JOSEPH A | | 27-AUG-2007 12:00 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 12-SEP-2007 12:36 PM | MTSVR - MOTION FOR ALTERNATIVE SERVICE | DEUTSCHE BANK NATIONAL TRUST CO, | | 13-SEP-2007 12:00 AM |

| Docket Entry: | 57-07090757 MOTION FOR ALTERNATIVE SERVICE FILED. | | | |
|---|---|---|---|---|

| 13-SEP-2007 12:38 PM | MTASN - MOTION ASSIGNED | | | 13-SEP-2007 12:38 PM |
|---|---|---|---|---|
| **Docket Entry:** | 57-07090757 MOTION FOR ALTERNATIVE SERVICE ASSIGNED TO JUDGE GREENSPAN, 9-13-07. | | | |

| 24-SEP-2007 10:59 AM | ORDER - ORDER ENTERED/236 NOTICE GIVEN | GREENSPAN, JANE C | | 24-SEP-2007 11:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | ORDERED THAT THE MOTION FOR ALTERNATIVE SERVICE IS GRANTED AND SERVICE UPON THE DEFENDANT(S) OR PROPERTY OF 114 WEST WASHINGTON LANE, PHILADELPHIA PA 19144 IS PERMITTED VIA CERTIFIED MAIL, REGULAR MAIL AND BY POSTING OF THE PREMISES......................BY THE COURT: GREENSPAN, J. 09-19-2007 | | | |

| 28-SEP-2007 10:09 AM | RSCVA - REINSTATE/REISSUE CIVIL ACTION | | | 01-OCT-2007 12:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. | | | |

| 03-OCT-2007 02:41 PM | AFDVT - AFFIDAVIT OF SERVICE FILED | | | 09-OCT-2007 12:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | OF COMPLAINT PURSUANT TO COURT ORDER BY CERTIFIED MAIL, REGULAR MAIL AND BY POSTING PREMISES UPON ANNE D. EASLEY ON 10/02/2007. | | | |

| 08-NOV-2007 02:41 PM | JDDFF - JUDGMENT BY DEFAULT/FINAL DISP | GOLDBECK JR, JOSEPH A | $122,140.17 | 08-NOV-2007 12:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | PRAECIPE FOR ENTRY OF DEFAULT JUDGMENT FILED. JUDGMENT FOR PLAINTIFF(S) AGAINST DEFENDANT(S) FOR FAILURE TO FILE ANSWER WITHIN REQUIRED TIME. PRO-PROTHONOTARY NOTICE UNDER RULE 236 NOTICE UNDER RULE 237.5. AFFIDAVIT OF NON-MILITARY SERVICE FILED. DAMAGES ASSESSED $122,140.17 PRAECIPE FOR WRIT OF EXECUTION (RE) FILED. WRIT OF EXECUTION (RE) ISSUED. | | | |

| 16-JUN-2008 04:24 PM | SHSAL - SHERIFF'S SALE (R.E. WRITS) | | | 16-JUN-2008 12:00 AM |
|---|---|---|---|---|
| **Docket Entry:** | PROPERTY SOLD TO DEUTSCHE BANK FOR THE SUM OF $60,000. ON 03-04-08. | | | |