IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE EASLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-4283 |
| NEW CENTURY MORTGAGE CORP., et al. | : | |

## ORDER

AND NOW, this 28th day of July, 2009, "Defendant Deutsche Bank National Trust Company's Motion to Dismiss Plaintiff's Complaint" (docket no. 4) is granted and all claims against Deutsche Bank National Trust Company are dismissed with prejudice.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.