IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE EASLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-4283 |
| NEW CENTURY MORTGAGE CORP., et al. | : | |

## **ORDER**

AND NOW, this 16th day of September, 2009, "Plaintiff's Motion for Default Judgment Against Defendant, New Century Mortgage Corporation" (docket no. 17), to which no opposition has been filed, is granted. Judgment is entered in favor of plaintiff and against New Century Mortgage Corporation only.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.