IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE EASLEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-4283 |
| NEW CENTURY MORTGAGE CORP., et al. | : | |

## <u>ORDER</u>

AND NOW, this      14th      day of October, 2009, "Plaintiff's Motion for Reconsideration" (docket no. 20) is denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.