**PROCHNIAK WEISBERG, P.C.**
BY:  Matthew B. Weisberg
Attorney ID. #85570
7 South Morton Avenue
Morton, PA 19070
(610)690-0801                                                                    Attorney for Plaintiff,
fax (610)690-0880                                                                         Anne Easley

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Anne Easley | : | |
| 243 West Tulpehocken St. | : | |
| Apt. B-305 | : | |
| Philadelphia, PA  19144 | : | CIVIL ACTION NO.:  08-4283 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| New Century Mortgage Corp., et al | : | |
| 18400 Von Karman Ste 1000 | : | **NOTICE OF APPEAL** |
| Irvine, CA 90017 | : | |
| Defendants. | : | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      Notice is hereby given that Anne Easley, Plaintiff in the above named case, hereby appeals to the United States District Court of Appeals for the Third Circuit from the Order Granting Defendant's Motion to Dismiss entered in this action by the District Court named above on July 29, 2009 (dated July 28, 2009), and the Order Denying Plaintiff's Motion for Reconsideration entered in this action by the District Court named above on October 15, 2009 (dated October 14, 2009).

      Respectfully submitted,

      **WEISBERG LAW, P.C.**

      By:   /s/ Matthew B. Weisberg
           MATTHEW B. WEISBERG, ESQUIRE
           Attorney for Plaintiff

Date:  October 16, 2009
           7 South Morton Ave.
           Morton, PA 19070

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anne Easley : | |
| 243 West Tulpehocken St. : | |
| Apt. B-305 : | |
| Philadelphia, PA  19144 : | CIVIL ACTION NO.:  08-4283 |
| Plaintiff : | |
| : | |
| v. : | |
| New Century Mortgage Corp., et al : | |
| 18400 Von Karman Ste 1000 : | |
| Irvine, CA 90017 : | JURY OF TWELVE (12) JURORS DEMANDED |
| Defendants : | |

**CERTIFICATE OF SERVICE**

I, Matthew B. Weisberg, hereby certify that on this 16th day of October, 2009, a true and correct copy of Plaintiff's Notice of Appeal, was served electronically, respectively, upon the following parties.

Sandhya M. Feltes, Esq.
Kaplin Stewart
Union Meeting Corp Center
910 Harvest Dr.
P.O. Box 3037
Blue Bell, PA 19422

New Century Mortgage Corp., et al
18400 Von Karman Ste 1000
Irvine, CA 90017

PROCHNIAK WEISBERG, P.C.

BY:  /s/ Matthew B. Weisberg
Matthew B. Weisberg
Attorney for Plaintiff